**SHEREE D. WRIGHT (**AZ SBN# 035265)
**CHLOE WOODS (**AZ SBN# 034903)
IBF Law Group, PLLC
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
E-Mail: sheree@ibflaw.com

**CORTNEY E. WALTERS** (*admitted pro hac vice*)
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
E-Mail: cwalters@cewlawoffice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Traylor, an individual, | CASE NO. 25-CV-01629-SPL |
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| Sports & Entertainment Services, LLC, an Arizona limited liability company, dba Phoenix Suns; Suns Legacy Partners, LLC, an Arizona Limited Liability Company; John Doe 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5. | |
| Defendant. | |

**TO THE HONORABLE COURT:**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that on February 9, 2026, Plaintiff served Defendant with the following: Plaintiff's Third Supplemental Disclosure Statement to Defendant Sports & Entertainment Services. On February 24, 2026, Plaintiff served Defendant with the following: Plaintiff's Fourth Supplemental Disclosure Statement to Defendant Sports & Entertainment Services.

**EXECUTED** this 26TH day of February 2026.

Respectfully submitted,

**IBF LAW GROUP, PLLC**

By:   /s/ Sheree D. Wright
Sheree D. Wright
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 878-3294
E-Mail: sheree@ibflaw.com

*Attorneys for Plaintiff*